IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA TRIGG,

      Plaintiff,

vs.                                                 Case No.: 4:17-cv-00315-RH-CAS

CONTINENTAL FINANCE COMPANY, LLC,

      Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, PAULA TRIGG, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, with prejudice.

Respectfully submitted this 4th day of October 2017.

                                            /s/ Eric D. Stevenson
                                            Eric D. Stevenson
                                            Stevenson Klotz, LLP
                                            Florida Bar No. 144495
                                            212 W. Intendencia Street, #A
                                            Pensacola, FL  32502
                                            (850) 444-0000
                                            (866) 251-7888 – Facsimile
                                            eric@stevensonklotz.com
                                            serviceeds@stevensonklotz.com
                                            Attorney for Plaintiff