IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA TRIGG,

v.  CASE NO. 4:17cv315-RH/CAS

CONTINENTAL FINANCE
COMPANY, INC.,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal with prejudice. ECF No. 10. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

    SO ORDERED on June 13, 2018.

                              s/Robert L. Hinkle
                              United States District Judge